**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-02741-RPM-CBS

SHERI PRICE,

    Plaintiff,

vs.

STAFFING SOLUTIONS and
MICRO MOTION, INC.,

    Defendants.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**

---

Having reviewed the parties' Stipulated Motion to Dismiss with Prejudice under Rule 41(a)(1)(ii), FED. R. CIV. P., it is

ORDERED that the Motion be, and hereby is, GRANTED. This action is dismissed with prejudice, each side to pay their own attorneys' fees and costs.

Dated:     July 16th, 2010.

                      By the Court:

                      s/Richard P. Matsch
                      _____
                      Senior U.S. District Court Judge Matsch